UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                 Criminal No. 12-cr-60-01-JD

Jimmy F. Ambrosi

O R D E R

The assented to motion to reschedule jury trial (document no. 17) filed by defendant Ambrosi is granted.  As counsel for co-defendant Andrew Wojtowicz assented to this motion, trial is continued as to both defendants to the two-week period beginning September 18, 2012, 9:30 a.m.

Defendant Ambrosi shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                            /s/ Joseph A. DiClerico, Jr.
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

Date:  June 11, 2012

cc:   Jonathan Saxe, Esq.
      Jaye Rancourt, Esq.
      Debra Walsh, Esq.
      U.S. Marshal
      U.S. Probation